PD-0096-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/27/2015 3:22:06 PM
Accepted 3/31/2015 2:14:48 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF TEXAS

## PD-0096-15

| | | |
|---|---|---|
| **MICHAEL JERMAINE WILLIAMS,** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 14-13-00527-CR |
| | § | Court of Appeals |
| | § | Fourteenth District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## PETITIONER'S/APPELLANT'S MOTION TO EXTEND TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Michael Jermaine Williams moves for a second extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I.  LOWER COURT PROCEEDINGS

Judgment in this case was entered on June 7, 2013.  The court of appeals affirmed on December 23, 2014.  No motion for rehearing was filed.

### II.  PROCEEDINGS IN THIS COURT

Mr. Williams's petition was due on March 24, 2015.  Two previous extensions were requested and granted. The petition and appendix were filed today, March 27, 2015.

### III. REASONS FOR REQUEST

Since the first extension in this case, counsel has been working hard to catch up on her docket after missing nearly a month of work due to recurrent medical problems and multiple doctors' appointments and tests. Counsel reassigned some of

her cases to other attorneys in the office, and this month, completed and filed a brief in the case of *Reginald Turon Hill v. State*, Cause No. 14-14-00376-CR, which was subject to abatement; and a petition for discretionary review in the case of *Charles Henry Jones v. State*, Cause No. PD-0174-15. Counsel also has deadlines in the next two weeks for the following: petition for discretionary review in *John Elsworth Combest v. State*, Cause No. 01-13-00712-CR; brief in *In re M.I.S.*, Cause No. 01-14-00684-CV; and brief in *Nomathemba Y. Sitawisha v. State*, Cause No. 01-14-00848-CR. In the exercise of due diligence, counsel could not complete Mr. Williams' petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

PRAYER

Mr. Williams respectfully requests that this motion be granted and that the Court permit an extension of time until March 27, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002

(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**MICHAEL JERMAINE WILLIAMS**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, on March 27, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**